UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME NORMAN SCOTT, | NO. EDCV 08-1006-GAF (CT) |
| Petitioner, | |
| v. | JUDGMENT |
| LARRY SMALLS, Warden, et al., | |
| Respondents. | |

IT IS HEREBY ADJUDGED that the petition is dismissed without prejudice.

DATED: 8/8/08

GARY A. FEESS
UNITED STATES DISTRICT JUDGE